UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TOMMY JOE JEFFERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:07-CV-603-B |
| | § | ECF |
| WARDEN C. KEETON, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Reports and Recommendations of the United States Magistrate Judge (doc. 53, 54), filed on June 9, 2008 and June 11, 2008 respectively, I am of the opinion that the Reports and Recommendations of the Magistrate Judge are correct and they are accepted as the Findings of the Court. The parties did not file any objections to either Report and Recommendation.

For the reasons stated in the Report and Recommendation, the Court **DISMISSES** the Plaintiffs' case **WITH PREJUDICE**.

SO ORDERED.

SIGNED June 30, 2008

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE